# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**KWASI MCKINNEY**　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #137065**

v.　　　　　　　　No. 2:23-cv-184-DPM

**DEXTER PAYNE, Arkansas**
**Department of Corrections**
**Director**　　　　　　　　　　　　　　　　　　　　　**DEFENDANT**

## ORDER

1.　The Court withdraws the reference.

2.　McKinney is a three-striker. Before filing this lawsuit, he had at least three cases dismissed for failing to state a claim. *E.g., McKinney v. Hayes*, Case No. 1:18-cv-1066-SOH (W.D. Ark); *McKinney v. Gilreath*, Case No. 1:20-cv-1016-SOH (W.D. Ark.); and *McKinney v. Rolfe*, Case No. 4:20-cv-543-KGB (E.D. Ark.). And nothing in his complaint, *Doc. 2*, suggests he's currently in imminent danger of serious physical injury. 28 U.S.C. § 1915(g). McKinney's motion to proceed *in forma pauperis*, *Doc. 1*, is therefore denied. And his complaint will be dismissed without prejudice.

3.　If McKinney wants to pursue this case, then he must pay the $402 administrative and filing fees and file a motion to reopen by 31 October 2023. An *in forma pauperis* appeal from this Order and

- 2 -

accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 September 2023