# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**KWASI MCKINNEY**
**ADC #137065**                                                                            **PLAINTIFF**

v.                          No: 2:23-cv-184-DPM

**DEXTER PAYNE**, Arkansas
Department of Corrections
Director                                                                                      **DEFENDANT**

## JUDGMENT

McKinney's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

25 September 2023